IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: WILLIAM HAWTHORNE JR.    ) CASE NO. 13-55989
)
) CHAPTER 13
)
) JUDGE PRESTON

NOTICE OF CHANGE OF ADDRESS

    Now comes the Debtors, by and through Counsel, and hereby notify the court of A change of mailing Address for Debtor William Hawthorne Jr.

    1224 Westwood Drive
    Lewis Center, OH 43035

    /s/ Karen E. Hamilton, #0064808
    Attorney for Debtors
    31 E. Whittier Street
    Columbus, Ohio 43206
    (614) 443-7920
    (614) 443-7922 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th of April 2016, a copy of the Debtor's Change of mailing Address was served on the following registered ECF participants, electronically through the Court's transmission facilities at their email addresses with the Court:

1. Office of the U. S. Trustee
   *Served Electronically

2. Frank M Pees, Chapter 13 Trustee
   *Served Electronically

/s/ Karen E. Hamilton, #0064808
Attorney for Debtors
31 E. Whittier St.
Columbus, Ohio 43206
(614) 443-7920
(614) 443-7922 fax